CARMELA LENA, ADMINISTRATIX OF THE ESTATE OF FAUST LENA AND ADMINISTRATIX *AD PROSEQUEN-DUM* OF THE ESTATE OF FAUST LENA, PLAINTIFF-APPELLANT, v. CLARENCE ENSLEY, ANTHONY Di-PIETRO, NEW JERSEY TURNPIKE AUTHORITY, GIOR-DANO AND MOLAR TRUCKING CO., INC., A CORPORA-TION OF NEW JERSEY, DEFENDANTS-RESPONDENTS.

Argued December 5, 1972—Decided December 18, 1972.

*Mr. Gerald S. Gordon* argued the cause for appellant (*Messrs. Pincus, Sheehan & Hendricks,* attorneys).

*Mr. Henry H. Rubenson* argued the cause for respondents.

PER CURIAM. This matter comes to us as of right because of dissent in the Appellate Division. The judgment of the Appellate Division is affirmed substantially for reasons expressed in the majority opinion.

*For affirmance*—Chief Justice WEINTRAUB, Justices JACOBS, HALL and MOUNTAIN, and Judges CONFORD, SULLIVAN and LEWIS—7.

*For reversal*—None.